[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

————————————

No. 24-13191

Non-Argument Calendar

————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

JUSTIN GARRETT,
a.k.a. Jet,

Defendant-Appellant.

————————————

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 3:22-cr-00097-RAH-SMD-1

————————————

2                    Opinion of the Court                    24-13191

Before JORDAN, LUCK, and ANDERSON, Circuit Judges.

PER CURIAM:

Thomas M. Goggans, appointed counsel for Justin Garrett, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Mr. Garrett's conviction and sentence are **AFFIRMED**.  However, because of the discrepancy in the judgments and the charging document as to the statutes of conviction, the judgment is **VACATED** and **REMANDED** for the limited purpose of correcting the judgment to properly reflect the statutes of conviction.[1]

**CONVICTION AND SENTENCE AFFIRMED; REMANDED FOR CORRECTION OF JUDGMENT.**

---

[1] We do not address any issues related to the alleged ineffectiveness of trial counsel because the record is not sufficiently developed.  Mr. Garrett can file a motion to vacate under 28 U.S.C. § 2255 if he wishes to pursue an ineffectiveness claim.